# STATE OF MICHIGAN

# COURT OF APPEALS

JOHN J. MATOUK,

        Plaintiff-Appellee,

v

THE ROBERT L. BARRICK TRUST and
ROBERT L. BARRICK,

        Defendants,

and

TIMOTHY MATOUK,

        Appellant.

UNPUBLISHED
May 2, 2017

No. 328983
Oakland Circuit Court
LC No. 2014-143447-CK

---

JOHN J. MATOUK and MATOUK
INVESTMENTS OF NOVI, LLC,

        Plaintiffs-Appellants,

v

ROBERT L. BARRICK, THE ROBERT L.
BARRICK TRUST, and BARRICK
PROPERTIES #40, LLC,

        Defendants-Appellees.

No. 331987
Oakland Circuit Court
LC No. 2014-143447-CB

---

Before: MARKEY, P.J., and WILDER and SWARTZLE, JJ.

SWARTZLE, J. (*concurring*).

In Docket No. 328983, I concur in full with the majority opinion. In Docket No. 331987, I concur in the result as well as to all but part III(A)(2) of the majority opinion. With respect to plaintiffs' equitable claims of unjust enrichment, accounting, breach of fiduciary duty,

-1-

constructive trust, and equitable mortgage, I would affirm for the reasons stated by Judge Alexander in the proceedings below.

/s/ Brock A. Swartzle